**FILED**

MAY 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1  John Barker, Esq. (SBN 279718)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   jbarker@consumerlawcenter.com
4  Attorneys for Plaintiff,
   MARKUS BEAVERS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| MARKUS BEAVERS, | Case No.: 1:12-cv-00668-AWI-SKO |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| PIZZA FACTORY, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

MARKUS BEAVERS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, PIZZA FACTORY, INC. (Defendant), in this case.

- 1 -

Notice of Voluntary Dismissal

1  DATED: May 23, 2012                    RESPECTFULLY SUBMITTED,

2                                          KROHN & MOSS, LTD.

3

4                                          By: /s/ John Barker

5
                                           John Barker, Esq. (SBN 279718)
6                                          Krohn & Moss, Ltd.
                                           10474 Santa Monica Blvd., Suite 401
7                                          Los Angeles, CA  90025
                                           T: (323) 988-2400; F: (866) 802-0021
8                                          jbarker@consumerlawcenter.com
                                           Attorneys for Plaintiff,
9                                          MARKUS BEAVERS

10

11
                                  It is so Ordered. Dated: 5-24-12
12

13                                         _____
                                           United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

Notice of Voluntary Dismissal