**FILED**

MAY 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

John Barker, Esq. (SBN 279718)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
jbarker@consumerlawcenter.com
Attorneys for Plaintiff,
MARKUS BEAVERS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| MARKUS BEAVERS, | Case No.: 1:12-cv-00668-AWI-SKO |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| PIZZA FACTORY, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

MARKUS BEAVERS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, PIZZA FACTORY, INC. (Defendant), in this case.

1  DATED: May 23, 2012                    RESPECTFULLY SUBMITTED,

2                                         KROHN & MOSS, LTD.

3

4                                         By: /s/ John Barker

5
                                          John Barker, Esq. (SBN 279718)
6                                         Krohn & Moss, Ltd.
                                          10474 Santa Monica Blvd., Suite 401
7                                         Los Angeles, CA  90025
                                          T: (323) 988-2400; F: (866) 802-0021
8                                         jbarker@consumerlawcenter.com
                                          Attorneys for Plaintiff,
9                                         MARKUS BEAVERS

10

11
                                    It is so Ordered.  Dated: 5-24-12
12

13                                         _____
                                           United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

Notice of Voluntary Dismissal